UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL KORS, L.L.C.,

           INDEX NO: 15-CV-7939

         Plaintiff,

           **RULE 7.1 STATEMENT**

        -against-

G H R FASHION INC.,

         Defendant.
-----------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE UNDERSIGNED COUNSEL OF RECORD FOR A CORPORATE (NON-GOVERNMENTAL) PARTY CERTIFIES AS FOLLOWS:

Defendant G H R FASHION INC., does not have any parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: November 5, 2015
      New York, NY

                                      By: _____
                                          John S. Yong (JY 1101)

                                          Law Offices of John S. Yong
                                          39 East Broadway, Suite 604
                                          New York, NY 10002
                                          Tel: (212) 233-6855
                                          Fax: (212) 233-6107
                                          Email: johnsyong@gmail.com