AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

MICHAEL KORS, L.L.C. )
_____ )
*Plaintiff* )
) Civil Action No. 15-cv-7939
v. )
G H R FASHION INC. )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* G H R Fashion Inc.
145-32 34th Avenue
Flushing, New York 11354

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Heather J. McDonald, Esq.
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/7/2015 /S/ D. Gonzalez
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                          *Server's signature*

                          _____
                          *Printed name and title*

                          _____
                          *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL KORS, L.L.C.,

        Plaintiff(s),

  -against-

G H R FASHION INC.,

        Defendant(s)
-----------------------------------------------------------X

Case No. 15-CV-07939

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                S.S.:
COUNTY OF NEW YORK  )

       RICARDO DELPRATT, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

       That on the 14th day of October, 2015, deponent attempted service upon G H R FASHION INC. ("GHR") at 112 West 30th Street, New York, New York. Deponent found the store vacant and the awning torn to shreds except for a phone number. Deponent was informed by a colleague who called that number that GHR moved to a new location at 116 West 29th Street, New York, New York. Upon reaching the new location, the awning did not say G H R FASHION INC. but BQ HANDBAG INC. Deponent entered the store and asked for GHR. Deponent was informed by Haiwang Chow that GHR was now doing business as BQ HANDBAG INC. Understanding that GHR was now BQ HANDBAG INC., at approximately 4:15 PM, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Magistrate Judge Sarah Netburn, Individual Practices of Judge Thomas P. Griesa, Report on the Filing or Determination of an Action or Appeal Regarding a Patent or Trademark, Statement of Relatedness and Electronic Case Filing Rules & Instructions upon G H R FASHION INC. at 116 West 29th Street, New York, New York, by personally delivering and leaving the same with Haiwang Chow, President, who informed deponent that he is an officer authorized by law to receive service at that address.

Haiwang Chow is an Asian male, approximately 53 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 170 pounds with black hair.

_____
RICHARDO DELPRATT #2008560

Sworn to before me this
30th day of October, 2015

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

